# United States District Court

SOUTHERN ——————————— DISTRICT OF ——————————— FLORIDA

INTERNATIONAL COSMETICS
EXCHANGE, INC., a New York
corporation,

    Plaintiff,

     V.

GAPARDIS HEALTH & BEAUTY,
INC., TANIOS SABA, and
ABDALLAH GHANDOUR,

    Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 00- 2280

## CIV - SEITZ

MAGISTRATE JUDGE
GARBER

TO: (Name and address of defendant)

GAPARDIS HEALTH & BEAUTY, INC.
by serving Registered Agent
Leslie A. Schere, Esquire
1865 Brickell Avenue, Suite A-207
Miami, Florida  33129

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Ioannou, Esquire
MATTLIN & McCLOSKY
2300 Glades Road
Suite 400, East Tower
Boca Raton, Florida  33431

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.  Along with this Summons, you are being served with a copy of the items listed in Schedule A attached hereto.

Clarence Maddox

JUN 27 2000

CLERK

DATE

(BY) DEPUTY CLERK

## SCHEDULE A

1.    Complaint

2.    Plaintiff's Request for Production of Documents to Defendant,
      Gapardis Health & Beauty, Inc.

3.    Plaintiff's Request for Production of Documents to Defendant,
      Tanios Saba

4.    Plaintiff's Request for Production of Documents to Defendant,
      Abdallah Ghandour

5.    Plaintiff's First Set of Interrogatories to Defendant, Gapardis
      Health & Beauty, Inc.

6.    Plaintiff's First Set of Interrogatories to Defendant, Tanios Saba

7.    Plaintiff's First Set of Interrogatories to Defendant, Abdallah Ghandour

H:\LIBRARY\99044002\Pleading\Schedule.A.Summons.wpd