:40 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

ERNATIONAL COSMETICS EXCHANGE, INC., a
York corporation
           Plaintiff/CounterDefendant,
OB "JACK" AINI, and JOHN DOES 1-10
           CounterDefendants

### V.

'ARDIS HEALTH & BEAUTY, INC.,
      Defendant/CounterPlaintiff
/IER TANCOGNE, and CONTINENTAL/LABORATORIES
)ICA, SARL
      CounterPlaintiffs, and,
PARDIS HEALTH & BEAUTY, INC., TANIOS SABA,
1 ABDALLAH GHANDOUR,
      Defendants.
TO: (Name and address of defendant)

        Jacob Aini
        2017 Ocean Pkwy
        Brooklyn, New York 11226

## SUMMONS IN A CIVIL CASE

CASE NUMBER:   00-2280-CIV-HUCK
               Magistrate Judge Brown

**YOU ARE HEREBY SUMMONED** and required to serve upon CounterPlaintiffs' ATTORNEY (name and address)

        John Cyril Malloy, III
        Florida Bar No. 964,220
        Andrew W. Ransom
        Florida Bar No. 964,344
        MALLOY & MALLOY, P.A.
        2800 S.W. Third Avenue
        Miami, Florida 33129
        Telephone: (305) 858-8000
        Facsimile: (305) 858-0000

n answer to the COUNTERCLAIM which is herewith served upon you, within _____ 20 _____ days after service of is summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for e relief demanded in the COUNTERCLAIM You must also file your answer with the Clerk of this Court within a reasonable period of me after service.

Clarence Maddox

LERK

DATE       JAN 0 5 2000

3Y) DEPUTY CLERK