# United States District Court

SOUTHERN ——— **DISTRICT OF** ——— FLORIDA

INTERNATIONAL COSMETICS EXCHANGE, INC.
         Plaintiff/CounterDefendant
JACOB "JACK" AINI, GABY MCHEILEH, AILATAN INVESTMENTS, INC,
and JOHN DOES 1-10, CounterDefendants,
                    V.
GAPARDIS HEALTH & BEAUTY, INC.,
              Defendant/CounterPlaintiff,
XAVIER TANCOGNE, and CONTINENTAL/LABORATOIRES
MEDICA, SARL,     CounterPlaintiffs,
and,
GAPARDIS HEALTH & BEAUTY, INC., TANIO SABA,
and ABDALLAH GHANDOUR,
              Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-2280-CIV-HUCK
Magistrate Judge Brown

TO: (Name and address of defendant)   JACOB "JACK" AINI
                                      2017 Ocean Parkway
                                      Brooklyn, New York 11226

COUNTER
**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Cyril Malloy, III, Esq.
Andrew W. Ransom, Esq.
MALLOY & MALLOY, P.A.
2800 S.W. 3rd Avenue
Miami, Florida 33129

        Second Amended Counterclaim                        10
an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

_____
CLERK

_____
(BY) DEPUTY CLERK

12/14/00
_____
DATE