UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ICE MARKETING CORP. a/k/a and d/b/a INTERNATIONAL COSMETICS EXCHANGE, INC., a New York corporation,

Plaintiff/Counter-Defendant,

JACOB "JACK" AINI, GABY McHEILEH, AILATAN INVESTMENTS, INC., JOHN DOES 1-10,

Counter-Defendants.

vs.

Case No. 00-2280-CIV-HUCK
Magistrate Judge Brown

GAPARDIS HEALTH & BEAUTY, INC., XAVIER TANCOGNE, and CONTINENTAL/ LABORATORIES MEDICA, SARL,

Defendants/Counter-Plaintiff,

and,

TANIOS SABA, ABDALLAH GHANDOUR, and MICHEL FARAH,

Defendants.

______________________________/

**SURETY BOND**

KNOW ALL MEN BY THESE PRESENTS:

That Counter-Plaintiff, GAPARDIS HEALTH & BEAUTY, INC., a Florida corporation, as Principal, and CAPITAL INDEMNITY CORP., as Surety are held and firmly bound unto the Defendants in the sum of One Hundred Thousand ($100,000.00) Dollars, jointly and severally, their successors or assigns firmly by these presents.

314

The condition of the above obligation is such that, the Counter-Plaintiff, GAPARDIS HEALTH & BEAUTY, INC., shall pay costs and damages that the Counter-Defendants may sustain if it be determined that the Counter-Plaintiff wrongfully seized and/or temporarily restrained goods bearing the trademarks, "PARIS FAIR & WHITE" and "FAIR & WHITE" in this action as may be adjudged against the Counter-Plaintiff, GAPARDIS HEALTH & BEAUTY, INC. in this action by the Court, then this bond is void, otherwise it remains in force.

BOND NO: 60010135

SIGNED AND SEALED on this 13 day of February, 2002.

GAPARDIS HEALTH & BEAUTY, INC.

By: ______________________
Michel Farah, President

CAPITAL INDEMNITY CORP.

______________________
Attorney-In-Fact/Surety CHARLES J. NIELSON

Approved by me on __________, 2002.

______________________
United States District Court Judge/
Clerk of Court

**CAPITOL INDEMNITY CORPORATION**
**POWER OF ATTORNEY**

60010135

**KNOW ALL MEN BY THESE PRESENTS,** That the **CAPITOL INDEMNITY CORPORATION**, a corporation of the State of Wisconsin, having its principal offices in the City of Madison, Wisconsin, does make, constitute and appoint

*CHARLES J. NIELSON * JAMES M. BARNES OF MIAMI LAKES, FLORIDA*

its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

ALL WRITTEN INSTRUMENTS IN AN AMOUNT NOT TO EXCEED $2,500,000.00

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of CAPITOL INDEMNITY CORPORATION on the 1st day of June, 1999.

"**RESOLVED,** that the President and Vice President, the Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, one or more vice-presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such offices to the business of this company; the signature of such officers and the seal of the Company may be affixed to such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time."

**IN WITNESS WHEREOF,** the **CAPITOL INDEMNITY CORPORATION** has caused its official seal to be hereunto affixed, and these presents to be signed by its President this 1st day of June, 1999.

Attest:

Virgeline M. Schulte
Secretary

CAPITOL INDEMNITY CORPORATION

George A. Fait
President

CAPITOL INDEMNITY CORPORATION CORPORATE SEAL WISCONSIN

STATE OF WISCONSIN }
} s.s.: Madison
COUNTY OF DANE }

On this 1st day of June, A.D., 1999 before me personally came George A. Fait, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Dane, State of Wisconsin; that he is the President of **CAPITOL INDEMNITY CORPORATION**, the corporation described in and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

STATE OF WISCONSIN }
} s.s.: Madison
COUNTY OF DANE }

CAPITOL INDEMNITY CORPORATION CORPORATE SEAL WISCONSIN

CAPITOL INDEMNITY CORPORATION

Jane F. Endres
Notary Public, Dane Co., WI
My Commission Expires March 23, 2003

I, the undersigned, duly elected to the office stated below, now the incumbent in CAPITOL INDEMNITY CORPORATION a Wisconsin corporation authorized to make this certificate, **DO HEREBY CERTIFY** that the foregoing and attached Power of Attorney remains in full force and has not been revoked; and furthermore that the Resolution of the Board of Directors, set forth in the said Power of Attorney, is now in force.

Signed and sealed at the city of Madison, in the State of Wisconsin, dated the **13th** day of **February 2002**.

Richard W. Allen, III
Vice President

THIS DOCUMENT IS NOT VALID UNLESS PRINTED ON GREY SHADED BACKGROUND WITH A RED SERIAL NUMBER IN THE UPPER RIGHT HAND CORNER. THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK-HOLD AT AN ANGLE TO VIEW. IF YOU HAVE ANY QUESTIONS CONCERNING THE AUTHENTICITY OF THIS DOCUMENT, YOU ARE URGED TO CONTACT OUR POWER OF ATTORNEY CUSTODIAN AT 1-800-394-7806.